IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CALVIN DEWAYNE BUTLER, #203111, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:03cv274-A |
| ) | |
| BILLY MITCHEM, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #11), entered on July 15, 2005, and the written objection filed by the Petitioner on July 28, 2005 (Doc. #14).

In his objection, the Petitioner re-argues his contention that he should be entitled to equitable tolling of the federal limitation period for filing a § 2254 petition.  This contention was discussed by the Magistrate Judge in her Recommendation, and this court agrees with the Magistrate Judge's reasoning and conclusion that the Petitioner is not entitled to equitable tolling, and that this case is due to be dismissed because the Petitioner failed to file the petition within the one-year period of limitation applicable to § 2254 petitions.  Therefore, following a *de novo* review of this case, the court finds that the objection is not well-taken, and it is hereby DENIED.  The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this petition for habeas corpus relief is DENIED as it was not filed within the one-year period of limitation of 28 U.S.C. § 2244(d)(1)(A).

Final Judgment will be entered accordingly.

DONE this 31st day of August, 2005.

                                                        /s/ W. Harold Albritton  
                                                        W. HAROLD ALBRITTON  
                                                        SENIOR UNITED STATES DISTRICT JUDGE